IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **LIZBETH O. RIVAS GARCIA,** *et vir.* | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No. _____ |
| | * | |
| **WAL-MART STORES EAST, LP** | * | |
| **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF REMOVAL OF CIVIL ACTION
AND STATEMENT OF GROUNDS FOR REMOVAL**

To Plaintiff and Her Attorney of Record:

Please take notice that Defendant Wal-Mart Stores East, LP ("Defendant" or "Walmart") named in the civil action filed in the Circuit Court for Frederick County, Maryland, Case Number C-10-CV-20-000346 ("the State Case"), hereby notes the removal of this action to the United States District Court for the District of Maryland, Northern Division.  In support thereof, Walmart states the following:

1. On or about June 22, 2020, Walmart Inc. was served with a Complaint and Writ of Summons to Walmart, Inc. filed by Plaintiff Lizbeth Rivas Garcia, attached hereto and identified as Exhibits 1 - 2.

2. Plaintiff's Complaint is based upon allegations of negligence and premises liability for Plaintiff Lizbeth Rivas Garcia's alleged personal injury at Walmart Store #2233 located in Frederick, Maryland.  Plaintiff's Complaint sought damages "in excess of $30,000."

1

3. On December 2, 2020, Plaintiff filed an Amended Complaint, substituting the entity Wal-Mart Stores East, LP for Defendant Walmart, Inc., and adding her husband, Yotsy Ruiz Perez as a party claiming loss of consortium, and increasing her damages claim to an amount "in excess of $75,000." *See* Amended Complaint attached as Exhibit 3.

4. Walmart Stores East, LP was served with Plaintiff's Amended Complaint and Writ of Summons on December 11, 2020. *See* Writ of Summons attached as Exhibit 4.

5. Plaintiffs are residents of the State of Maryland. *See* Amended Complaint, Ex. 3.

6. Walmart Stores East, LP is a Delaware limited partnership and maintains its principal place of business in the State of Arkansas.

7. The germane section of 28 U.S.C. §1332(a) provides:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
> (1) citizens of different States;

*See* 28 U.S.C. §1332(a).

8. Removal to the United States District Court for the District of Maryland, Northern Division, is appropriate in this civil action based on diversity of citizenship pursuant to 28 U.S.C. §1332(a).

9. Diversity of citizenship is present in this civil action as Plaintiff's Complaint seeks damages in excess of Seventy Five Thousand Dollars ($75,000.00), and is between citizens of different States. *Id.*

10. Pursuant to 28 U.S.C. §1441(b)(2), no defendant is a citizen of the State of Maryland.

11. Walmart reserves its right to amend this Notice of Removal.

12. As required by 28 U.S.C. §1446(a) and Local Rule 103(5)(a), true and legible copies of all process, pleadings, and documents which have been served upon Walmart in the State Case that is being removed, as of this date, are being filed with this Notice of Removal.

**WHEREFORE**, Defendant Wal-Mart Stores East, LP respectfully requests that this civil action be removed to the United States District Court for the District of Maryland, Northern Division based on diversity of citizenship pursuant to 28 U.S.C. 1332(a).

Respectfully Submitted,

*/s/ Jennifer M. Alexander*
Jennifer M. Alexander, Esquire
Federal Bar No. 15222
MCNAMEE, HOSEA, JERNIGAN,
KIM, GREENAN & LYNCH, P.A.
888 Bestgate Road, Suite 402
Annapolis, MD  21401
Phone: 410-266-9909
Fax:  410-266-8425
Email: jalexander@mhlawyers.com

*And*

*/s/ Kelly S. Kylis*
Kelly S. Kylis, Esquire
Federal Bar No.: 14126
MCNAMEE, HOSEA, JERNIGAN,
KIM, GREENAN & LYNCH, P.A.
888 Bestgate Road, Suite 402
Annapolis, MD  21401
Phone: 410-266-9909
Fax:  410-266-8425
Email: kkylis@mhlawyers.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2020, I caused a true and correct copy of the foregoing Notice of Removal of Civil Action and Statement of Grounds for Removal to be served via first class mail, postage prepaid upon:

Andres H. Lopez, Esquire
The Andres Lopez Law Firm, PA
7351 Wiles Road, Suite 101
Coral Springs, FL 33067
*Attorneys for Plaintiff*

                                              */s/ Jennifer M. Alexander*
                                              Jennifer M. Alexander, Esquire